UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY ᴿᵍ̲ D.C.

05 MAY -4 PM 3:40

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W/D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

-v-

2:03CR20369-01-MI

RICARDO ALKEALOHA GANT

Lorna McClusky, CJA
Defense Attorney
3074 East Street
Memphis, TN 38128

---

### S-U-P-P-L-E-M-E-N-T-A-L[1] JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant pleaded guilty to Counts 2 and 49 of the Indictment on November 24, 2004. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 15 U.S.C. §§ 77q(a) and 77x and 18 U.S.C. § 2 | Securities Fraud and Aiding and Abetting | 01/31/2001 | 2 |
| 15 U.S.C. § 7201 | Tax Evasion | 08/15/1999 | 49 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and the Mandatory Victims Restitution Act of 1996.

All remaining counts are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.   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
Defendant's Date of Birth:  04/19/1964
Deft's U.S. Marshal No.:    19226-076

Defendant's Mailing Address:
4246 Oakwind Drive
Memphis, TN 38141

Date of Imposition of Sentence:
March 3, 2005

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE
May _____, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-4-05

---

[1] Supplemented to include new restitution amount and individual victims.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **60 Months** (or 5 Years) **as to Count 2; 60 Months** (or 5 Years) **as to Count 49. Counts 2 and 49 to be served consecutively with each other for a total term of incarceration of 10 Years** (or 120 Months).

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 Years as to Count 2 and 3 Years as to Count 49. Counts 2 and 49 are to be supervised concurrently with each other for a total term of supervised release of 3 Years.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not possess a firearm, ammunition, or destructive device as defined in 18 U.S.C. § 921.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall comply with the following standard conditions that have been adopted by this court.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthful all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

5. The defendant shall notify the probation officer **ten(10) days prior** to any change in residence or employment;

6. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

7. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

8. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

9. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and

shall permit confiscation of any contraband observed in plain view by the probation officer;

10. The defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a law enforcement officer;

11. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

12. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

13. If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1. The defendant shall submit to drug testing and drug treatment programs as directed by the Probation Office.

2. The defendant shall make full financial disclosure.

3. The defendant shall provide third party risk notification.

4. The defendant shall cooperate with DNA collection as directed by the Probation Office

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $200.00 |  | $3,702,506.00 |

The Special Assessment shall be due immediately.

## FINE

No fine imposed.

## RESTITUTION

Restitution in the amount of **$3,702,506.00** is hereby ordered. The defendant shall make restitution to the following victims in the amounts listed below.

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Vince Abston | $18,000.00 | $18,000.00 | |
| Barbara Adams | $6,332.00 | $6,332.00 | |
| J. Adarkwa | $10,000.00 | $10,000.00 | |
| Patricia Anderson | $5,150.00 | $5,150.00 | |
| Robert Anderson | $10,150.00 | $10,150.00 | |
| APL Enterprises | $10,000.00 | $10,000.00 | |
| Suzanne Armour | $50,000.00 | $50,000.00 | |
| Chester Aycock | $10,250.00 | $10,250.00 | |
| J. Baptiste | $10,000.00 | $10,000.00 | |
| Lenora Barnes | $1,980.00 | $1,980.00 | |
| Wimblett Barnett, Sr. | $10,000.00 | $10,000.00 | |
| Bartlett Baptist Church | $5,000.00 | $5,000.00 | |
| Ruth Bazemore | $40,000.00 | $40,000.00 | |
| Wendell Beckles | $20,000.00 | $20,000.00 | |
| Annie Bellamy | $15,000.00 | $15,000.00 | |
| Doris Bingham | $4,960.00 | $4,960.00 | |
| David Black | $21,000.00 | $21,000.00 | |
| Emmitt Blount | $10,400.00 | $10,400.00 | |
| William Blount | $5,000.00 | $5,000.00 | |

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Lawrence Bogier, Jr. | $30,300.00 | $30,300.00 | |
| Johnnie Bond | $5,000.00 | $5,000.00 | |
| Rosalind Bowen | $1,640.00 | $1,640.00 | |
| Jimmie Lee Bradshaw | $15,000.00 | $15,000.00 | |
| Delores Bramlett | $3,380.00 | $3,380.00 | |
| Diana Brewer | $10,000.00 | $10,000.00 | |
| Terry Brewer | $10,000.00 | $10,000.00 | |
| Sheila Briggs | $36,400.00 | $36,400.00 | |
| April Broom | $2,566.00 | $2,566.00 | |
| Robert Brown | $9,560.00 | $9,560.00 | |
| Larry Brunson | $4,480.00 | $4,480.00 | |
| Lauralene Campbell | $20,200.00 | $20,200.00 | |
| Juanita Carrington (Price) | $9,000.00 | $9,000.00 | |
| Mary Ann Carter | $5,000.00 | $5,000.00 | |
| Sandy Carter | $3,800.00 | $3,800.00 | |
| William Chapman | $10,000.00 | $10,000.00 | |
| Kent/Cynthia Chillous | $23,200.00 | $23,200.00 | |
| Emma Clark | $10,000.00 | $10,000.00 | |
| Harold Conway | $5,100.00 | $5,100.00 | |
| Eugene Cormier | $9,250.00 | $9,250.00 | |
| Richard Covington | $10,000.00 | $10,000.00 | |
| Melvin Cox | $2,460.00 | $2,460.00 | |
| Vincent Cox | $2,550.00 | $2,550.00 | |
| Vanessa Cox | $45,000.00 | $45,000.00 | |
| Linda Wise Crutcher | $7,660.00 | $7,660.00 | |

Case No: 2:03CR20369-01-Ml   Defendant Name: Ricardo Alkealoha GANT                Page 7 of 14

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Elaina Davis | $1,640.00 | $1,640.00 | |
| Mark Anthony Davis | $5,000.00 | $5,000.00 | |
| Mildred Davis | $9,900.00 | $9,900.00 | |
| Mary Denard | $4,100.00 | $4,100.00 | |
| District 11 COGIC | $4,000.00 | $4,000.00 | |
| Juanita Dove aka/Juanita Dove Muhhammad | $7,000.00 | $7,000.00 | |
| James Dove aka/James Muhammed | $60,000.00 | $60,000.00 | |
| Avonelle Durant | $4,000.00 | $4,000.00 | |
| Jon & April Dye | $15,000.00 | $15,000.00 | |
| Woodrow & Patricia Edwards | $2,000.00 | $2,000.00 | |
| Anthony Epps | $13,650.00 | $13,650.00 | |
| Robert Epps, Jr. | $26,300.00 | $26,300.00 | |
| Benny Eggars | $29,500.00 | $29,500.00 | |
| Janice Fenn | $5,000.00 | $5,000.00 | |
| Yong Hwa Fields | $3,000.00 | $3,000.00 | |
| Clarence & Charletta Finely | $5,000.00 | $5,000.00 | |
| Raffia Ford | $5,000.00 | $5,000.00 | |
| Dock & Nadine Foster | $3,000.00 | $3,000.00 | |
| Ronald Franklin | $95,500.00 | $95,500.00 | |
| Carlos Fuentes | $1,460.00 | $1,460.00 | |
| Kathleen & Robert Fuller | $7,000.00 | $7,000.00 | |
| Lynnise Gandy | $2,000.00 | $2,000.00 | |
| Cora Grant | $5,000.00 | $5,000.00 | |
| Leilani Gant | $4,640.00 | $4,640.00 | |

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Melvin & Francis Gant | $22,000.00 | $22,000.00 | |
| Clarence Gardner | $30,000.00 | $30,000.00 | |
| Lamont Garland | $5,000.00 | $5,000.00 | |
| James Gelsey | $22,000.00 | $22,000.00 | |
| Bernice Gibbs | $6,400.00 | $6,400.00 | |
| Ayanna Gilmore | $2,000.00 | $2,000.00 | |
| Kevin Gibson | $1,520.00 | $1,520.00 | |
| Lora Givens-Carter | $54,800.00 | $54,800.00 | |
| Lynwood Grady | $500.00 | $500.00 | |
| Janet Grady | $5,000.00 | $5,000.00 | |
| Benjamin Graham | $4,250.00 | $4,250.00 | |
| Janice Green | $48,595.00 | $48,595.00 | |
| Pamela Green | $4,100.00 | $4,100.00 | |
| Robert Green | $4,100.00 | $4,100.00 | |
| Ida Grundy | $7,100.00 | $7,100.00 | |
| Anthony Hardy | $9,000.00 | $9,000.00 | |
| Arthur Harris | $4,250.00 | $4,250.00 | |
| Larry Harris | $20,000.00 | $20,000.00 | |
| Harry Hase | $5,000.00 | $5,000.00 | |
| Scarlet Headen (Wallace) | $5,000.00 | $5,000.00 | |
| F. Henderson | $2,020.00 | $2,020.00 | |
| Carlton Hicks | $22,400.00 | $22,400.00 | |
| Gerald Hill | $1,659.00 | $1,659.00 | |
| Mary Cobb Hill | $50,000.00 | $50,000.00 | |
| R. Patrick Hill | $5,000.00 | $5,000.00 | |

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Antoinette Hines | $5,000.00 | $5,000.00 | |
| Vinson Hines | $5,695.00 | $5,695.00 | |
| Ernest Hinton | $5,000.00 | $5,000.00 | |
| James Hofmeister | $7,600.00 | $7,600.00 | |
| Richard Holliday | $3,800.00 | $3,800.00 | |
| Linwood & Minnie Holmes | $35,000.00 | $35,000.00 | |
| Linwood Holmes | $5,000.00 | $5,000.00 | |
| Linda Holmes | $5,000.00 | $5,000.00 | |
| Holy Serenity | $5,000.00 | $5,000.00 | |
| Curtis Horton | $2,000.00 | $2,000.00 | |
| Maureen Howard | $13,200.00 | $13,200.00 | |
| Liu Jing | $5,000.00 | $5,000.00 | |
| Bernard Johnson | $15,000.00 | $15,000.00 | |
| McKinley Johnson, Sr. | $4,600.00 | $4,600.00 | |
| Michael Johnson | $8,579.00 | $8,579.00 | |
| Theodore Johnson | $15,000.00 | $15,000.00 | |
| Pastor W. James Johnson | $165,999.00 | $165,999.00 | |
| James Jones | $31,000.00 | $31,000.00 | |
| Marque Jones | $3,000.00 | $3,000.00 | |
| Paul Jones | $3,000.00 | $3,000.00 | |
| Perry Jones | $2,200.00 | $2,200.00 | |
| Debra Kaplin-Fate | $69,241.00 | $69,241.00 | |
| Sarella Kately | $10,000.00 | $10,000.00 | |
| Ervin Keaton, Jr. | $14,000.00 | $14,000.00 | |
| Edward Kienle | $2,000.00 | $2,000.00 | |

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Randolph Koonce | $22,350.00 | $22,350.00 | |
| Anthony Kyles | $7,500.00 | $7,500.00 | |
| Eltea Lambert | $11,300.00 | $11,300.00 | |
| Belinda Larkin | $5,640.00 | $5,640.00 | |
| Barbara Leslie | $59,000.00 | $59,000.00 | |
| Erma Linville | $3,608.00 | $3,608.00 | |
| Linda Kay Lloyd | $2,000.00 | $2,000.00 | |
| Lori Mackey | $10,000.00 | $10,000.00 | |
| Edith Maddox | $16,400.00 | $16,400.00 | |
| Marketpoint Insurance Group (Michelle Burroughs) | $38,000.00 | $38,000.00 | |
| Ralph McClaney | $10,100.00 | $10,100.00 | |
| Michael McGhee | $5,000.00 | $5,000.00 | |
| Dexter McGill | $5,000.00 | $5,000.00 | |
| Bruce McKee | $15,000.00 | $15,000.00 | |
| Brett Merkle | $10,000.00 | $10,000.00 | |
| Lawrence Messinea | $4,900.00 | $4,900.00 | |
| Katrina Miller | $9,000.00 | $9,000.00 | |
| Rev. Addis Moore | $35,700.00 | $35,700.00 | |
| Gwendolyn Moore | $21,000.00 | $21,000.00 | |
| Rev. Harry Moore | $30,000.00 | $30,000.00 | |
| Laddie Moore | $3,000.00 | $3,000.00 | |
| Almeta Moorer | $20,000.00 | $20,000.00 | |
| Patrick J.M. Morris | $38,000.00 | $38,000.00 | |
| Mt. Olive Baptist Church | $80,000.00 | $80,000.00 | |
| Mt. Zion Baptist Church | $300,000.00 | $300,000.00 | |

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Anthony Murphy | $6,000.00 | $6,000.00 | |
| Kenneth Newman | $2,310.00 | $2,310.00 | |
| New St. Paul | $3,000.00 | $3,000.00 | |
| Original Tabernacle of Prayer for All People | $60,620.00 | $60,620.00 | |
| Andrew & Elnora Orr | $42,500.00 | $42,500.00 | |
| Denise Patrick | $2,000.00 | $2,000.00 | |
| William Alexander Payne | $7,500.00 | $7,500.00 | |
| Michael Penny | $6,000.00 | $6,000.00 | |
| Image Peterson | $8,500.00 | $8,500.00 | |
| Rhonda Peterson | $200.00 | $200.00 | |
| Oris Pruitt | $7,000.00 | $7,000.00 | |
| Rhema Christian Center | $25,000.00 | $25,000.00 | |
| Robert Reid | $11,025.00 | $11,025.00 | |
| Mable Richard | $10,000.00 | $10,000.00 | |
| Henry Roberts | $5,000.00 | $5,000.00 | |
| Dora Robinson | $2,000.00 | $2,000.00 | |
| Lori & Lee Robinson | $7,600.00 | $7,600.00 | |
| Samuel Robinson, Sr. | $15,000.00 | $15,000.00 | |
| Daryl Satterfield | $10,500.00 | $10,500.00 | |
| Barbara Lane Sears | $10,000.00 | $10,000.00 | |
| Shiloh Baptist Church | $25,250.00 | $25,250.00 | |
| Barbra Singleton | $8,300.00 | $8,300.00 | |
| Cynthia Smith aka/Atika Sayfuddin | $7,600.00 | $7,600.00 | |
| Lena Smith | $38,000.00 | $38,000.00 | |

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Nathan Smith dba/Two Plus Two Design | $57,000.00 | $57,000.00 | |
| Jameria Solomon | $8,150.00 | $8,150.00 | |
| St. John Church of God in Christ | $100,000.00 | $100,000.00 | |
| St. Mark Church Ministries, Inc. | $6,060.00 | $6,060.00 | |
| Ivana Stallings | $30,000.00 | $30,000.00 | |
| Ann Standfield | $126,000.00 | $126,000.00 | |
| Jessie Staple | $2,000.00 | $2,000.00 | |
| Gina Stevenson | $6,600.00 | $6,600.00 | |
| Linda Street & Regina Street | $15,540.00 | $15,540.00 | |
| Amos Stuckey, Sr. | $21,000.00 | $21,000.00 | |
| Ruth & Issac Tazewell | $3,050.00 | $3,050.00 | |
| Bernadine Thomas | $42,000.00 | $42,000.00 | |
| Fred Thomas, Jr. | $11,400.00 | $11,400.00 | |
| Dr. Mario Thomas | $20,000.00 | $20,000.00 | |
| Jimmie & Lue Thornton | $5,000.00 | $5,000.00 | |
| Rose Tobias | $5,000.00 | $5,000.00 | |
| Geraldine Travis | $15,000.00 | $15,000.00 | |
| FNU Tubemack | $60,620.00 | $60,620.00 | |
| Stanley Tune | $5,000.00 | $5,000.00 | |
| Ada & Wilbert Uzell | $30,300.00 | $30,300.00 | |
| Bernette Walker | $5,000.00 | $5,000.00 | |
| Bernice Walker | $15,000.00 | $15,000.00 | |
| Alexander & Rena Wallace | $10,000.00 | $10,000.00 | |
| A. Wandycz | $8,000.00 | $8,000.00 | |
| Ernesto Ward | $62,257.00 | $62,257.00 | |

Case No: 2:03CR20369-01-Ml   Defendant Name: Ricardo Alkealoha GANT                    Page 13 of 14

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Alfred Warren | $3,000.00 | $3,000.00 | |
| David Warren | $3,000.00 | $3,000.00 | |
| Lucy Warren | $10,000.00 | $10,000.00 | |
| Dozier Washington | $4,100.00 | $4,100.00 | |
| Edward Washington, Sr. | $2,500.00 | $2,500.00 | |
| M. Washington | $2,000.00 | $2,000.00 | |
| Ronald Watson | $5,000.00 | $5,000.00 | |
| Della Webster | $35,600.00 | $35,600.00 | |
| Garrett Webster | $3,920.00 | $3,920.00 | |
| Gloria Webster | $5,000.00 | $5,000.00 | |
| Harriet Webster | $38,700.00 | $38,700.00 | |
| Monroe Webster | $920.00 | $920.00 | |
| Antwan Wesley | $10,000.00 | $10,000.00 | |
| C.I. West | $2,000.00 | $2,000.00 | |
| Mary West | $2,000.00 | $2,000.00 | |
| Gwendolyn White | $2,000.00 | $2,000.00 | |
| Alice Wicks | $2,000.00 | $2,000.00 | |
| James E. Williams | $47,600.00 | $47,600.00 | |
| Samuel Williams | $5,000.00 | $5,000.00 | |
| Ervin Williamson | $45,000.00 | $45,000.00 | |
| John Willoughby | $10,000.00 | $10,000.00 | |
| Mary Witherspoon | $10,100.00 | $10,100.00 | |
| Lydia Wooden | $1,520.00 | $1,520.00 | |
| Alvin Woods | $7,700.00 | $7,700.00 | |
| Leonard Woods | $22,000.00 | $22,000.00 | |

Case No: 2:03CR20369-01-MI   Defendant Name: Ricardo Alkealoha GANT               Page 14 of 14

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| James Wright | $2,500.00 | $2,500.00 | |
| Delcia Young | $10,000.00 | $10,000.00 | |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

 E. Special instructions regarding the payment of criminal monetary penalties:

 The defendant shall pay restitution in regular monthly installments of not less than 20% of his gross monthly income.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 137 in case 2:03-CR-20369 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT