IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 11 PM 12: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                              No. 03-20369-M1

RICARDO GANT,
    Defendant.

## ORDER ON MOTION TO ALLOW EXCESS PAYMENTS

THIS matter came on to be heard upon motion of counsel to be allowed excess compensation in this cause. Upon review of the motion and the voucher submitted in this cause, the motion is granted. Counsel shall be allowed payment in excess of the maximum of $7,000 set forth in 18 U.S.C. §3006(A).

JUDGE JON P. MCCALLA
United States District Court



This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-13-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 141 in case 2:03-CR-20369 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT